**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.  Case No. 3:05-cr-270-J-99MMH

**NORMAN PEDRO**
_____/

**ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING**

Pursuant to the *Report and Recommendation* (Doc.#27) of the United States Magistrate Judge, to which objections have been waived, the plea of guilty of the defendant to Count One of the Information is now **ACCEPTED** and the defendant, **NORMAN PEDRO**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II, is hereby **scheduled** for 11:00 a.m., on Tuesday, October 18, 2005, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  30th  of August, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:  Assistant United States Attorney (Gallagher)
Defense Counsel
United States Marshal's Service
United States Probation